**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| WESTCHESTER PUTNAM COUNTIES HEAVY & HIGHWAY LABORERS LOCAL 60 BENEFITS FUND, Individually and on behalf of all others similarly situated, | CASE NO.: |
| Plaintiff, | DEMAND FOR A JURY TRIAL |
| vs. | |
| WALGREENS BOOTS ALLIANCE, INC., ROSALIND BREWER, JAMES KEHOE, JOHN DRISCOLL, JOHN STANDLEY, TIM WENTWORTH, and MANMOHAN MAHAJAN, | |
| Defendants. | |

**CLASS ACTION COMPLAINT**
**FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

Plaintiff Westchester Putnam Counties Heavy & Highway Laborers Local 60 Benefits Fund ("Plaintiff"), by and through counsel, alleges the following upon information and belief, except as to allegations concerning Plaintiff, which are alleged upon personal knowledge. Plaintiff's information and belief is based upon, among other things, its counsel's investigation, which includes, without limitation: (a) review and analysis of public filings made by Walgreens Boots Alliance, Inc. ("Walgreens" or the "Company") with the U.S. Securities and Exchange Commission (the "SEC"); (b) review and analysis of press releases and other publications disseminated by Defendants (defined below) and other parties; (c) review of news articles, shareholder communications, and conference calls concerning Defendants' public statements; (d) interviews with former Walgreens and Village Practice Management Company, LLC

1

("VillageMD") employees; and (e) review of other publicly available information concerning the Company and the Individual Defendants (as defined herein).

## NATURE OF THE ACTION

1.     This is a federal securities class action on behalf of all persons and entities who purchased Walgreens common stock between July 1, 2021 and June 26, 2024, inclusive (the "Class Period"), against Walgreens and certain of its officers and executives, seeking to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and SEC Rule 10b-5 promulgated thereunder.

2.     Based in Deerfield, Illinois, Walgreens is one of the largest providers of retail, pharmacy, and healthcare services in the world, operating in three business segments: U.S. Retail Pharmacy; International; and U.S. Healthcare.

3.     In the years leading up to the Class Period, and in the wake of competitor CVS Health Corporation completing its 2018 acquisition of Aetna to become one of the largest healthcare giants in the world, Walgreens began a transition to become a healthcare company rather than just a retail pharmacy.  Walgreens' transition to a healthcare model was spurred in part by the Company losing in-store sales of drugs and convenience products to online shoppers.  In 2019, Walgreens announced it was collaborating with VillageMD on a trial period during which VillageMD would "operate state-of-the-art primary care clinics next to five Walgreens stores in the Houston area, with the first locations scheduled to open by the end of 2019."

4.     By July 2020, "following a highly successful trial begun last year[,]" Walgreens announced a new agreement and expanded partnership with VillageMD whereby Walgreens would become "the first national pharmacy chain to offer full-service doctor offices co-located at its stores at a large scale."  Specifically, "the expanded partnership will open 500 to 700 'Village Medical at Walgreens' physician-led primary care clinics in more than 30 U.S. markets in the next

five years, with the intent to build hundreds more thereafter." Under the terms of Walgreens' new agreement with VillageMD, Walgreens would "invest $1 billion in equity and convertible debt in VillageMD over the next three years" and "hold an approximately 30 percent ownership interest in VillageMD at the completion of the investment."

5.      Then, on January 6, 2021, Walgreens announced it had completed its $1 billion investment and re-negotiated the terms of its agreement with VillageMD, enabling Walgreens to "accelerate [its] investment to increase the pace and scale of the rollout of the clinics." Specifically, Walgreens announced its investment in VillageMD would now support the opening of "600 to 700 Village Medical at Walgreens primary care clinics in more than 30 U.S. markets within the next four years, with the intent to build hundreds more thereafter."

6.      A few weeks later, on January 26, 2021, Walgreens announced the appointment of new Chief Executive Officer ("CEO") Rosalind Brewer ("Brewer"), effective March 15, 2021. The Company's then-current CEO Stefano Pessina ("Pessina") would transition to the role of Executive Chairman. In announcing her appointment, Pessina noted that Brewer's "relentless focus on the customer, talent development, operational rigor and strong expertise in digital and technological transformation" is "exactly what [Walgreens] needs as the [C]ompany enters its next chapter."

7.      On July 1, 2021, the first day of the Class Period, Walgreens reported earnings for its fiscal third quarter of 2021, ended May 31, 2021—Brewer's first full quarter as the Company's CEO.[1] The results were positive as the Company raised "fiscal 2021 guidance from mid-to-high single digit growth to around 10 percent growth." During the accompanying earnings call, CEO

---

[1] Walgreens reports its quarterly and annual results on a fiscal year basis, with the Company's fiscal year beginning on September 1 and ending on August 31.

Brewer shared that she was analyzing Walgreens' progress with its healthcare partnerships while in her new role, including with VillageMD. CEO Brewer further noted that "***this team has done some tremendous work in building partnerships***. Those partnerships will be key to us going forward. There's an opportunity to innovate with our partners and really grow some of these collaborations."

8. Then, on October 14, 2021, Walgreens issued a press release announcing a $5.2 billion "additional investment in VillageMD to advance its strategic position in the delivery of value-based primary care." Specifically, Walgreens explained that the additional investment increased Walgreens' ownership stake in VillageMD from 30% to 63%. In addition, Walgreens issued a second press release that day, announcing it had initiated a new healthcare strategy to drive sustainable, long-term profitable growth by launching Walgreens Health,[2] a new business segment enabled by investments in VillageMD.

9. During the accompanying earnings call for the fiscal fourth quarter of 2021 and fiscal year 2021, ended August 31, 2021, held later that day, CEO Brewer emphasized:

> While we already have a fantastic partnership with VillageMD, our ownership stake gives us a greater opportunity to expand and accelerate while further coordinating our assets to drive better outcomes. ***We already know how to work with VillageMD. We know how to scale their model***. We built co-located clinics at many Walgreens locations and have continued to learn while we did.

10. Throughout the Class Period, Defendants touted Walgreens' partnership with VillageMD and Walgreens' ability to scale VillageMD's business to drive long-term growth. For example, during the Evercore ISI HealthCONx Conference on November 29, 2021, CEO Brewer assured investors that Walgreens "***already know[s] how to work with VillageMD to scale their***

---

[2] In fiscal year 2022, "to better align with the Company's business activities, structure, and strategy[,]" Walgreens changed the name of its "Walgreens Health" segment to "U.S. Healthcare."

*model*." On January 11, 2022, during the JPMorgan Healthcare Conference, CEO Brewer noted that "VillageMD is a unique business that has the scale and momentum to drive tremendous long-term growth[,]" explaining that it has "a clear path to national expansion and rapid growth, especially given their partnership with Walgreens."

11.     Similarly, during Walgreens' March 31, 2022 earnings call for the fiscal second quarter of 2022, ended February 28, 2022, CEO Brewer called the VillageMD partnership "a significant growth catalyst" as "VillageMD's care delivery model is highly scalable with attractive unit economics over time." In Walgreens' October 13, 2022 press release announcing its financial results for the fiscal fourth quarter of 2022 and fiscal year 2022, ended August 31, 2022, CEO Brewer highlighted that "fiscal 2023 will be a year of accelerating core growth and rapidly scaling our U.S. Healthcare business. Our execution to date provides us visibility and confidence to increase the long-term outlook for our next growth engine and reconfirm our path to low-teens adjusted EPS [(earnings per share)] growth."

12.     Then, during the January 5, 2023 earnings call for Walgreens' fiscal first quarter of 2023, ended November 30, 2022, CEO Brewer underscored:

> This was a ***landmark quarter for accelerating the build-out of our next growth engine, the US Healthcare segment***. We invested $3.5 billion to support VillageMD's acquisition of Summit Health, creating one of the leading independent provider groups in the country. We recognize the critical importance of scale in value-based care delivery and density in attractive markets.

13.     Unbeknownst to investors, however, Walgreens' ability to scale VillageMD to support the Company's growth initiatives was not going according to plan, as Walgreens was botching the expansion of its VillageMD partnership. Specifically, the Company's U.S. Healthcare segment was experiencing slower growth than expected due to Walgreens oversaturating markets with VillageMD clinics, leading these newly created medical clinics to be

understaffed, have less patients coming in to be treated, and culminating in a greater than expected impact on Company's short-term profits than what Defendants presented to investors.

14.     The truth was partially revealed to investors on June 27, 2023, when prior to the markets' open, Walgreens announced financial results for the fiscal third quarter of 2023, ended May 31, 2023, which came in below analysts' expectations—the Company's first earnings miss in three years.

15.     During the accompanying earnings call held later that same day, CEO Brewer disclosed that Walgreens had slashed its fiscal year 2023 guidance as it was "experiencing a slower profit ramp for U.S. health care."  President of U.S. Healthcare John Driscoll ("Driscoll") also revealed that "U.S. healthcare missed targets due to VillageMD and CityMD underperformance, directly related to reduced COVID, cold and flu season and softer market demand."

16.     Evercore analysts noted that the earnings release "showed the difficulty of its business model transition today as FY3Q results and the lower guidance disappointed investors." Barclays analysts observed that Walgreens "noted that the overall [U.S. Healthcare] segment performance is tracking ~6-12 months behind the original 2021 I[nvestor]-day profitability targets[,]" as the Company originally targeted $(50)-25 million for fiscal 2023 but slashed its fiscal 2023 guidance down to $(380)-(340) million due to "a slower than anticipated profitability ramp for VillageMD given the expansion of new clinics (which are less profitable at startup)."

17.     Following the disappointing earnings release, the price of Walgreens common stock fell more than 10%, from a closing price of $31.59 per share on June 26, 2023, to a closing price of $28.64 per share on June 27, 2023.

18.     However, the Company continued to misrepresent its ability and success in scaling its VillageMD partnership.  Also during the June 27, 2023 earnings call, President of U.S.

Healthcare Driscoll assured investors that Walgreens "can enhance Village[MD] growth and value by focusing on gaining density in existing markets to accelerate VillageMD's path to profitability[.]" Specifically, President Driscoll explained that "over the last few months, we've slowed the pace of clinic openings in new markets[,]" emphasizing that "[a]s we've studied their performance, we have refocused our growth plans to leverage regional density to support more profitable growth."

19.     Just one month later, after the markets closed on July 27, 2023, Walgreens issued a press release announcing that Chief Financial Officer ("CFO") James Kehoe ("Kehoe") would be leaving the Company in mid-August "to pursue an opportunity in the technology sector." Calling the CFO's departure a "surprise to many investors," analysts at UBS wrote that Walgreens "is currently in the midst of an operational transformation around healthcare delivery (i.e., VillageMD/Summit) with Kehoe playing a major role in the strategic rollout."

20.     On this news, the price of Walgreens common stock dropped nearly 3%, from a closing price of $30.63 per share on July 27, 2023, to a closing price of $29.80 per share on July 28, 2023.

21.     Then, before the opening of the markets on September 1, 2023, the truth was further revealed when Walgreens issued a press release announcing that CEO Brewer was stepping down from her role as the Company's CEO and as a member of the Board of Directors as of August 31, 2023—an abrupt departure after little more than two years on the job.

22.     Analysts swiftly addressed the implications of these senior level departures with regard to the Company's U.S. Healthcare business. For example, analysts at Deutsche Bank wrote that the "departure of the two key executives comes at possibly the worst time" as the Company is transitioning to a primary-care-based model. The same analysts explained that Walgreens

"continues to lose momentum in the turnaround of [] its Health business as a result of the vacuum at the top of its leadership structure." In addition, an article in *Fortune* explained that CEO Brewer's "departure also raises questions about Walgreens's ability to pull off the ambitious pivot towards health care that Brewer had announced six months after becoming Walgreens['] CEO."

23. Following this news, the price of Walgreens common stock plunged more than 7%—from a closing price of $25.31 per share on August 31, 2023, to a closing price of $23.43 per share on September 1, 2023.

24. On January 4, 2024, before the markets opened, Walgreens issued a press release announcing disappointing financial results for the fiscal first quarter of 2024, ended November 30, 2023. In the press release, the Company's new CEO Tim Wentworth ("Wentworth") stated that Walgreens was "evaluating all strategic options to drive sustainable long-term shareholder value, focusing on swift actions to right-size costs and increase cashflow, with a balanced approach to capital allocation priorities." Analysts at Jefferies explained that "the root cause of the significant earnings drag" in Walgreens' U.S. Healthcare segment was due to "operations in their co-located VillageMD/Walgreens centers."

25. On this news, the price of Walgreens common stock fell $1.31 per share, or over 5%, from a closing price of $25.57 per share on January 3, 2024, to a closing price of $24.26 per share on January 4, 2024.

26. Nevertheless, Defendants continued to express commitment to their VillageMD and U.S. Healthcare investments. A few days after the earnings announcement, during the JPMorgan Healthcare Conference held on January 8, 2024, CEO Wentworth asserted that the Company "like[s] our investment in VillageMD. ***They're performing well this year and they are a fabulous partner for us*** to imagine and develop services that help them manage the risks that they're

taking." CEO Wentworth added: "***[I]n their core locations, [VillageMD does] a phenomenal job and we actually do a phenomenal job to help them***. Where they're at is just sort of pulling back a bit. It's an expansion, kind of rightsizing things to build back off of, but ***their underlying risk management is very good***."

27. The truth was fully revealed before the markets opened on June 27, 2024, when Walgreens issued a press release announcing disappointing financial results for the fiscal third quarter of 2024, ended May 31, 2024—well below analysts' expectations and forcing the Company to lower its fiscal 2024 guidance. During the related earnings conference call held later that same day, CEO Wentworth stated that while the Company "believe[s] in the future of [VillageMD] and intend[s] to remain an investor and partner . . . as part of our persistent focus on value creation for [Walgreens], we are collaborating with leadership toward an endpoint." In an interview with *The Wall Street Journal*, CEO Wentworth elaborated on Walgreens' plans for VillageMD, noting that the Company will reduce its stake in VillageMD, and will no longer be its majority owner.

28. As investors digested this disclosure, the price of Walgreens common stock dropped a stunning $3.47 per share, or over 22%—falling from a closing price of $15.66 per share on June 26, 2024, to a closing price of $12.19 per share on June 27, 2024—on extraordinarily high trading volume.

29. On August 7, 2024, after the end of the Class Period, Walgreens issued a press release disclosing that the Company was "evaluating a variety of options with respect to VillageMD in light of ongoing investments . . . in VillageMD's businesses and VillageMD's substantial ongoing and expected future case requirements. These options include a ***sale of all or part of the VillageMD businesses***, possible restructuring options and other strategic opportunities."

30. As a result of Defendants' wrongful acts and omissions, and the resulting decline in market value of the Company's common stock when the truth was disclosed, Plaintiff and other class members have suffered significant losses and damages.

## JURISDICTION AND VENUE

31. The claims asserted herein arise under Sections 10(b) and 20(a) of the Exchange Act (15 U.S.C. §§ 78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. § 240.10b-5).

32. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331, and Section 27 of the Exchange Act (15 U.S.C. § 78aa).

33. Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391(b), Section 27 of the Exchange Act (15 U.S.C. § 78aa(c)). Substantial acts in furtherance of the alleged fraud or the effects of the fraud have occurred in this Judicial District. Many of the acts and omissions charged herein, including the dissemination of materially false and misleading information to the investing public, and the omission of material information, occurred in substantial part in this Judicial District, as Walgreens is headquartered in this Judicial District.

34. In connection with the acts, transactions, and conduct alleged herein, Defendants, directly and indirectly, used the means and instrumentalities of interstate commerce, including the U.S. Mail, interstate telephone communications, and the facilities of a national securities exchange.

## PARTIES

35. Based in Hawthorne, New York, Plaintiff Westchester Putnam Counties Heavy & Highway Laborers Local 60 Benefits Fund administers a retirement benefit plan of approximately $250 million on behalf of more than 2,400 active, retired, and deferred vested members and their beneficiaries. As set forth in the accompanying certification, incorporated by reference herein, Plaintiff purchased Walgreens common stock during the Class Period and suffered damages as a

result of the federal securities laws violations and false and/or misleading statements and/or material omissions alleged herein.

36.     Defendant Walgreens is incorporated under the laws of Delaware with its principal executive offices located in Deerfield, Illinois.  Walgreens common stock trades on the Nasdaq Global Select Market (the "NASDAQ") under the ticker symbol "WBA."

37.     Defendant Rosalind Brewer served as Walgreens' CEO and a member of its Board of Directors from March 15, 2021 until August 31, 2023.  In addition, from 2022 to 2023, Brewer served as a member of VillageMD's Board of Directors.

38.     Defendant James Kehoe served as Walgreens' Executive Vice President ("VP") and Global CFO from June 2018 until mid-August 2023.

39.     Defendant John Driscoll served as Executive VP and President of Walgreens' U.S. Healthcare segment from October 2022 until February 2024.  In addition, since 2023, Driscoll has served as a member of VillageMD's Board of Directors.

40.     Defendant John Standley ("Standley") served as an Executive VP and President of Walgreens from August 2020 to November 2022.

41.     Defendant Tim Wentworth has served as Walgreens' CEO since October 2023 and is a member of Walgreens' Board of Directors.

42.     Defendant Manmohan Mahajan ("Mahajan") served as Walgreens' interim CFO from July 2023 through February 2024 and has served as Walgreens' Executive VP and Global CFO since February 2024.

43.     Defendants Brewer, Kehoe, Driscoll, Standley, Wentworth, and Mahajan (collectively, the "Individual Defendants"), because of their positions with Walgreens, possessed the power and authority to control the contents of, *inter alia*, Walgreens' quarterly reports, press

releases, and presentations to securities analysts, money and portfolio managers, and institutional investors, *i.e.*, the market. The Individual Defendants were provided with copies of Walgreens' reports and press releases alleged herein to be misleading prior to, or shortly after, their issuance and had the ability and opportunity to prevent their issuance or cause them to be corrected. Because of their positions with the Company, and their access to material non-public information available to them but not to the public, the Individual Defendants knew that the adverse facts specified herein had not been disclosed to, and were being concealed from, the public and that the positive representations being made were then materially false and misleading. The Individual Defendants are liable for the false and misleading statements pleaded herein.

44. Walgreens and the Individual Defendants are collectively referred to herein as "Defendants."

## SUBSTANTIVE ALLEGATIONS

### Background

45. Walgreens is one of the largest providers of retail, pharmacy, and healthcare services across the United States and internationally. Walgreens' operations currently consist of three business segments: U.S. Retail Pharmacy; International; and U.S. Healthcare.

46. Leading up to the Class Period, as part of Walgreens transformation into a healthcare services provider, Walgreens began collaborating with VillageMD in late 2019 to "operate state-of-the-art primary care clinics" next to Walgreens stores. In July 2020, after a successful trial period with VillageMD, Walgreens announced a $1 billion investment to expand its partnership with VillageMD to "open 500 to 700 'Village Medical at Walgreens' physician-led primary care clinics in more than 30 U.S. markets in the next five years, with the intent to build hundreds more thereafter."

47.     On January 26, 2021, to help with this transformation the Company announced that Rosalind Brewer would be taking over as CEO on March 15, 2021.  In the press release announcing her appointment, then-current CEO Pessina proclaimed that Brewer's "relentless focus on the customer, talent development, operational rigor and strong expertise in digital and technological transformation" is "exactly what [Walgreens] needs as the [C]ompany enters its next chapter."

48.     As described further below, Walgreens created its U.S. Healthcare segment at the beginning of fiscal year 2022.  In the Company's annual report for fiscal year 2022, ended August 31, 2022, Walgreens described the U.S. Healthcare segment as "a consumer-centric, technology-enabled healthcare business that engages consumers through a personalized, omni-channel experience across the care journey."  Walgreens further touted that the U.S. Healthcare segment would "deliver[] improved health outcomes and lower costs for payors and providers" through a "nationally scaled, locally delivered healthcare platform, organically developed clinical programs and strategic collaboration with [] majority-owned businesses," the largest being VillageMD.

**<u>Defendants' Materially False and Misleading Statements</u>**

49.     The Class Period begins on July 1, 2021, when, prior to the markets opening, Walgreens issued a press release announcing its financial results for the fiscal third quarter of 2021, ended May 31, 2021.  The press release reported that Walgreens' fiscal third quarter results exceeded expectations, leading the Company to raise its "fiscal 2021 guidance from mid-to-high single digit growth to around 10 percent growth in constant currency adjusted EPS from continuing operations."  The press release also noted that Walgreens and VillageMD had opened 46 co-locations thus far and planned to open another 35 locations by the end of the year.

50.     During the accompanying earnings conference call held later that same morning, Defendants stressed the importance of the Company's partnership with VillageMD.  For example,

CFO Kehoe highlighted that Walgreens was "accelerating our rollout plans with VillageMD, following continued positive patient response." CEO Brewer further described how Walgreens was "leaning into **key tailwinds such as the localization and consumerization of healthcare**."

51. During the question and answer ("Q&A") portion of the earnings call—and in response to an analyst question about Walgreens "exploit[ing]" its relationship with VillageMD—CEO Brewer stated:

> One thing that I will tell you is that as I analyze the company and see where they are, **this team has done some tremendous work in building partnerships**. Those partnerships will be key to us going forward. There's an opportunity to innovate with our partners and really grow some of these collaborations. . . .

52. Similarly, during the Q&A portion of the same earnings call, President Standley touted that "VillageMD is a great partnership for us in the pharmacy because we can do a collaborative care model for chronic patients with VillageMD and it kind of breaks down a bunch of the barriers that you might have, right, in that kind of relationship."

53. Later during the same earnings call, when asked about Walgreens' capital deployment priorities, CEO Brewer responded that Walgreens spends "about $1.4 billion a year on capital expenditures, and we don't see that changing too much in the future." CEO Brewer emphasized:

> What I will say is that **how and where we deploy that and being very disciplined about that**. I will tell you that there is energy on my part and this leadership team's part to really accelerate a lot of the work that's already underway in this company.

54. On October 14, 2021, Walgreens issued a press release that announced a $5.2 billion "additional investment in VillageMD to advance its strategic position in the delivery of value-based primary care." The investment increased Walgreens' ownership stake in VillageMD from 30% to 63%, noting that VillageMD "remains a standalone company, with its

own board and management, and the company plans to conduct an IPO in 2022." As explained in the press release:

> The $5.2 billion investment will accelerate the opening of at least 600 Village Medical at Walgreens primary care practices in more than 30 U.S. markets by 2025 and 1,000 by 2027, with more than half of those practices in medically underserved communities. Walgreens' partnership with VillageMD will lead to a significant increase in access to primary care in underserved urban and rural communities[.]

55. Also on October 14, 2021, Walgreens issued a second press release in which the Company "announced its new consumer-centric healthcare strategy to drive sustainable, long-term profitable growth. The plan features the launch of Walgreens Health, a new business segment enabled by investments in VillageMD [], accelerating the company's capabilities in primary care, post-acute care and home care." In the press release, CEO Brewer claimed that Walgreens' "strategy leverages an ecosystem including our trusted brands, exceptional assets, healthcare expertise and scale, integrated with a range of new talent, capabilities, resources and an intensified focus on operational excellence to drive long-term sustainable profit growth."

56. Regarding Walgreens' long-term growth model, the press release noted that "[o]ver the next three years, the Company expects annual adjusted []EPS core growth of around four percent, with flat growth in fiscal 2022 and acceleration each year thereafter, as Walgreens Health generates increasing returns." And beyond fiscal year 2024, Walgreens' "long-term growth algorithm leads to adjusted EPS growth of 11 to 13 percent, as the faster growing and higher margin Walgreens Health achieves scale."

57. Additionally, in another press release issued on October 14, 2021, Walgreens announced its financial results for the fiscal year and fourth quarter of 2021, ended August 31, 2021. In the press release, CEO Brewer highlighted that the Company's "fourth quarter and fiscal

year results exceeded expectations, driven by strong performance in our core business." In the same press release, the Company touted the "continued roll-out of Village Medical at Walgreens, with 52 primary care practice locations currently open, and will have more than 80 open by the end of calendar year 2021." Furthermore, the press release noted that Walgreens was holding an Investor Conference that same day "to discuss strategic priorities for the future, fiscal 2022 guidance and fourth quarter and fiscal 2021 earnings results[.]"

58.     Indeed, during the investor conference call, CEO Brewer emphasized:

> While we already have a fantastic partnership with VillageMD, our ownership stake gives us a greater opportunity to expand and accelerate while further coordinating our assets to drive better outcomes. ***We already know how to work with VillageMD. We know how to scale their model***. We built co-located clinics at many Walgreens locations and have continued to learn while we did.

59.     Also during the same conference call, CFO Kehoe touted, "VillageMD is an incredible opportunity. It is a leading value-based primary care provider with 230 clinics in 15 markets. It operates in a vast market with a unique operating model, and it is poised for explosive growth[.]"

60.     On November 29, 2021, during the Company's presentation at the Evercore ISI HealthCONx Conference, CEO Brewer again declared that Walgreens "***already know[s] how to work with VillageMD to scale their model***." CEO Brewer emphasized the benefits of expanding the partnership with VillageMD:

> [It] will allow us to scale the number of co-located clinics towards 1,000 units by 2027. This will give us unprecedented reach and scale with ambitions to generate approximately $10 billion in annual revenue by fiscal year 2025. We know that this is just the beginning and we will continue to share even more key metrics with you as this business gets closer to reaching scale.

61. On January 6, 2022, Walgreens issued a press release announcing its financial results for the fiscal first quarter of 2022, ended November 30, 2021. Therein, CEO Brewer highlighted:

> First quarter results exceeded our expectations, with a very encouraging performance across all our business segments. ***I am particularly excited about the progress we're making in building out Walgreens Health***. Our majority investments in VillageMD . . . closed during the quarter, and we're rolling out VillageMD primary care co-locations and Walgreens Health Corners at pace. The strong start to the fiscal year reinforces our confidence in the future, and as a result, we are raising our guidance for the full year and increasing investments in our people. Looking ahead, we are well positioned for sustainable, long-term value creation.

62. On January 11, 2022, during the JPMorgan Healthcare Conference, CEO Brewer discussed the "tremendous growth potential of VillageMD." Specifically, CEO Brewer noted that "VillageMD is a unique business that has the scale and momentum to drive tremendous long-term growth[,]" noting that it has "a clear path to national expansion and rapid growth, especially given their partnership with Walgreens."

63. On March 31, 2022, Walgreens issued a press release announcing its financial results for the fiscal second quarter of 2022, ended February 28, 2022. In the press release, CEO Brewer stated that "***VillageMD [is] delivering tremendous pro forma sales growth compared to [its] year-ago standalone results, and our Walgreens Health segment is on track toward long-term targets***."

64. During the related earnings conference call held later that same day, CEO Brewer told analysts that Walgreens was "***executing on our vision today***[,]" touting that the "partnership with VillageMD positions them to be one of the largest and most differentiated primary care providers in the US." CEO Brewer also called the partnership "a significant growth catalyst" as "VillageMD's care delivery model is highly scalable with attractive unit economics over time."

65.     On June 30, 2022, Walgreens issued a press release announcing its financial results for the fiscal third quarter of 2022, ended May 31, 2022.  During the accompanying conference call to discuss quarterly earnings, CEO Brewer stated:

> *We've delivered really strong execution across our operating segments* and against a very robust growth this year.  Third quarter results were broadly in line with our expectations. . . .  And we've been executing well on the strategic priorities we shared last October.  We will continue to make some improvements in our core business.

66.     During the same earnings call, CEO Brewer emphasized that Walgreens remained committed to the Walgreens Health business, noting that the Company "will manage and preserve our capital and really continue to work on this world-class team" and explaining that the Walgreens Health team "*continues to outperform my personal expectations*.  So I remain optimistic about the opportunities ahead."

67.     On September 20, 2022, Walgreens issued a press release announcing it had achieved "another major milestone in its consumer-centric healthcare strategy to drive long-term growth."  Specifically, the press release announced acceleration of Walgreens' "plans for full ownership of Shields Health Solutions (Shields)," including the Company's entry into a definitive agreement to "acquire the remaining 30% stake . . . for approximately $1.37 billion."

68.     In the same September 20, 2022 press release, Walgreens separately announced a "new leadership structure for its U.S. business segment[,]" including President Standley's departure to "pursue other opportunities" effective November 1, 2022.  In President Standley's place, the U.S. business segment would now be "organized under two leaders[,]" including Pharmacy led by Shields CEO Lee Cooper and Retail led by Tracey Brown, who was appointed to the role of executive vice president, Walgreens Pharmacy, effective October 1, 2022.  Both Cooper and Brown would "report directly" to CEO Brewer and "serve on the Executive Leadership Team."

18

69.     On October 13, 2022, Walgreens issued a press release announcing its financial results for the for the fiscal year and fourth quarter of 2022, ended August 31, 2022.  In the press release, CEO Brewer emphasized:

> [Walgreens] has ***delivered ahead of expectations in the first year of our transformation to a consumer-centric healthcare company***. . . .  Fiscal 2023 will be a year of accelerating core growth and rapidly scaling our U.S. Healthcare business.  Our execution to date provides us visibility and confidence to increase the long-term outlook for our next growth engine and reconfirm our path to low-teens adjusted EPS growth.

70.     Specifically, for the long-term outlook, the press release noted that "the Company is raising the U.S. Healthcare fiscal year 2025 sales target to $11 billion to $12 billion, from $9 billion to $10 billion previously[,]" with the segment "expected to achieve positive adjusted EBITDA [(earnings before interest, taxes, depreciation, and amortization)] by fiscal year 2024."

71.     On the accompanying earnings conference call held later that same day, CFO Kehoe claimed that the Company's "***maturing VillageMD clinic profile is a significant tailwind*** as a greater percentage of clinics reach positive contribution margin."  Later during the same earnings call, President Driscoll stressed that "Village[MD] is uniquely positioned as one of the largest primary care providers in the US."  President Driscoll also claimed that, compared to competitors in the value-based primary care marketplace, "VillageMD is differentiated by a faster path to favorable economics driven by our acceptance of all patient populations and all payer types."

72.     Then, on November 7, 2022, Walgreens issued a joint press release with VillageMD announcing that VillageMD had entered into an agreement to acquire Summit Health-CityMD ("Summit Health"), a leading provider of primary, specialty, and urgent care for a total transaction price of $8.9 billion.  Regarding Walgreens, the Company noted it was investing $3.5 billion to

support VillageMD's acquisition of Summit Health, "which drives meaningful synergies and accelerates [Walgreens'] path to profitability for its U.S. Healthcare segment."

73.     In the press release, CEO Brewer called the partnership "transformational" for Walgreens' U.S. Healthcare segment, as the "transaction accelerates growth opportunities through a strong market footprint and wide network of providers and patients across primary, specialty and urgent care." Indeed, the press release stated that, "[a]s a result of the transaction, [Walgreens] is raising its U.S. Healthcare fiscal year 2025 sales goal to $14.5 billion to $16.0 billion, from $11.0 billion to $12.0 billion previously[,]" and that the "U.S. Healthcare segment is now expected to achieve positive adjusted EBITDA by the end of fiscal year 2023[,]" instead of fiscal year 2024 as previously announced. Additionally, the transaction led Walgreens to raise its U.S. healthcare "adjusted EBITDA target for fiscal 2023 to $(50) million to $25 million," a dramatic increase from the previously given fiscal 2023 guidance of "$(240) million to $(220) million."

74.     On January 5, 2023, Walgreens issued a press release announcing its financial results for the fiscal first quarter of 2023, ended November 30, 2022. In the press release, CEO Brewer emphasized the Company's "**solid start to the fiscal year, as we continue to accelerate our transformation to a consumer-centric healthcare company**. We're making significant progress in driving our U.S. Healthcare segment to scale and profit, including the recent VillageMD acquisition of Summit Health." Indeed, as set forth in the press release, the Company raised its U.S. Healthcare targets with the Summit Health announcement, as Walgreens reiterated its fiscal 2025 sales goals from the earlier November 7, 2022 announcement.

75.     During the accompanying earnings conference call held later that same day, CEO Brewer commented on the progress of the VillageMD rollout:

> This was a **landmark quarter for accelerating the build-out of our next growth engine, the US Healthcare segment**. We invested $3.5

billion to support VillageMD's acquisition of Summit Health, creating one of the leading independent provider groups in the country. We recognize the critical importance of scale in value-based care delivery and density in attractive markets.

76.     During the JPMorgan Healthcare Conference held on January 10, 2023, CEO Brewer discussed the Company's $3.5 billion investment to support VillageMD's acquisition of Summit Health. For example, CEO Brewer emphasized that "[t]his highly strategic transaction expands VillageMD's addressable market with primary care, multispecialty and urgent care, and reinforces our approach across the care continuum. The deal was also immediately EPS accretive and accelerates profitability for U.S. Healthcare." Similarly, CEO Brewer called the addition of Summit Health "transformational," declaring that Walgreens' "investment to support VillageMD's acquisition enhances the value of our largest U.S. Healthcare business."

77.     On March 28, 2023, Walgreens issued a press release announcing its financial results for the fiscal second quarter of 2023, ended February 28, 2023. In the press release, CEO Brewer declared that the Company "exited a ***solid second quarter with acceleration in February***, adding to our confidence in driving strong growth in the second half of the year. With the closing of VillageMD's acquisition of Summit Health, [Walgreens] is now one of the largest players in primary care, with best-in-class assets across the care continuum."

78.     During the accompanying earnings conference call held later that same day, CFO Kehoe proclaimed that the Company was "***seeing benefits on the Walgreens side from our partnership with VillageMD***," explaining that "[r]oughly 50% of patients at co-located VillageMD clinics opt to get their prescriptions filled at Walgreens. VillageMD co-located sites that have been opened for over two years are driving an incremental 40 scripts per site per day, and this is an increase of 35% versus prior year."

79.     The above statements in paragraphs 49 through 78 were materially false and/or misleading and failed to disclose material adverse facts about the Company's business, operations, and prospects to make the statements made, in light of the circumstances under which they were made, not false and misleading.   Specifically, Defendants failed to disclose that: (1) despite repeated assurances, Walgreens was not disciplined about deploying capital to grow the U.S. Healthcare segment and did not know how to work with and scale the VillageMD model; (2) Walgreens was not able to profitably scale VillageMD to support the Company's long-term growth initiatives; (3) Walgreens' rollout of VillageMD clinics was not going according to plan; (4) Walgreens' U.S. Healthcare segment was experiencing slower growth than expected because Walgreens had oversaturated markets with VillageMD clinics, leading these newly created medical clinics to be understaffed and see fewer patients; (5) Walgreens executives had failed to manage investor expectations regarding the negative impact that the VillageMD expansion would have on Walgreens' short-term profits, overstatement of the value of VillageMD, and the risk that the Company would be forced to divest part or all of its stake in VillageMD; and (6) as a result of the above, Defendants' statements about Walgreens' business, operations, and prospects were materially false and misleading and/or lacked a reasonable basis at all relevant times.

**The Truth Begins to Be Revealed**

80.     The truth about the Walgreens and VillageMD partnership began to be revealed on June 27, 2023, when, prior to the opening of the markets, Walgreens issued a press release announcing its financial results for the fiscal third quarter of 2023, ended May 31, 2023.   The earnings results fell short of analysts' expectations—the first time Walgreens had underperformed compared to analysts' expectations since July 2020.   This earnings miss led Walgreens to slash its earnings guidance for fiscal 2023 to a range of $4.00 to $4.05 per share, down from its prior forecast of $4.45 to $4.65 per share.

81. The June 27, 2023 press release also noted that Walgreens "is taking immediate actions to drive sustainable growth[,]" by "[a]nnouncing swift actions to improve the U.S. Healthcare path to profitability, including realigned CityMD costs, accelerated VillageMD patient panel build, aggressive integration of prior Summit Health acquisitions, upgraded VillageMD management, and an increased and accelerated synergy target for VillageMD/Summit Health."

82. During the accompanying earnings conference call held later that same day, CEO Brewer noted that one of the reasons Walgreens cut its fiscal 2023 guidance was that the Company was "experiencing a slower profit ramp for U.S. health care." However, Defendants continued to mislead investors regarding Walgreens' investments in VillageMD. CEO Brewer emphasized:

> *[W]e have the right strategy in place*. We are now entering the next phase of our health care transformation with aggressive actions in motion to improve profitability. We are addressing current challenges head on and moving at a pace to deliver long-term shareholder value. *We have the scale, we have the skill, we have the sense of urgency, and we have the right plans* to drive sustainable profit growth ahead.

83. During the same earnings call, President Driscoll explained that the Company "can enhance Village[MD] growth and value by focusing on gaining density in existing markets to accelerate VillageMD's path to profitability and supporting the integration of our digital assets with our VillageMD platform." Specifically, President Driscoll noted:

> Over the last few months, we've slowed the pace of clinic openings in new markets. As we've studied their performance, we have refocused our growth plans to leverage regional density to support more profitable growth. To achieve our strategic objectives of better engagement and lower cost of care in a more cost-effective manner, we are launching new virtual and asset-light models. We've expanded our marketing efforts to support patient panel growth in our clinics and are working with new leadership to accelerate cost control. *We continue to be impressed by the performance of our more mature VillageMD markets risk performance* and are focused on continuing to accelerate the conversion of our fee-for-service lives to our proven risk-based model.

84.     During the same earnings call, in response to an analyst's question about whether VillageMD utilization was a headwind for the U.S. Healthcare business, President Driscoll responded, "[U]tilization is actually sort of a mixed blessing for us. ***We're seeing consistently solid performance in terms of bending the cost curve at Village***, and I think that positions us better and better as a managed care partner.  We were hit with the CityMD utilization."

85.     Analysts at Evercore noted that the earnings release "showed the difficulty of its business model transition today as FY3Q results and the lower guidance disappointed investors." Barclays analysts wrote that the EPS miss and reduced guidance were driven by a "slower profitability ramp for VillageMD given the expansion of new clinics (which are less profitable at startup)."  For U.S. Healthcare, analysts explained:

> [G]iven softer than anticipated performance in [] VillageMD, [Walgreens] reduced the EBITDA guide for the segment from $(50)-5 [million] to $(380)-(340) [million]. With this update, [Walgreens] noted that the overall segment performance is tracking ~6-12 months behind the original 2021 I-day profitability targets ([Walgreens] was targeting $(50)-25 [million] in FY23, >$600 [million] in FY24 and ~$1.1 [billion] in FY25).

86.     As a result of this news, the price of Walgreens common stock fell $2.95 per share, or more than 10%—from a closing price of $31.59 per share on June 26, 2023, to a closing price of $28.64 per share on June 27, 2023—on extraordinary trading volume.  However, as mentioned above, Defendants continued to tout the "range" and "scale" of the U.S. Healthcare business, assuring investors that Walgreens was taking immediate actions to add value and drive profits.

87.     Then on July 27, 2023, after the close of the markets, Walgreens issued a press release announcing the upcoming departure of CFO Kehoe from Walgreens in mid-August, and the appointment of Manmohan Mahajan, Walgreens' Senior Vice President, Global Controller to the position of Interim CFO as the Company conducted a search to fill the role permanently.  In

the press release, CEO Brewer explained that the CFO transition would not impact Walgreens' growth strategies, stating that she is "proud of the agility and resilience of our team and their ability to stay focused on serving our customers and delivering results. I have every confidence in our ability to continue executing our healthcare transformation and growth strategy."

88. Analysts at UBS wrote that CFO Kehoe's departure came as a "surprise to many investors," as Walgreens "is currently in the midst of an operational transformation around healthcare delivery (i.e., VillageMD/Summit), with Kehoe playing a major role in the strategic rollout." Additionally, analysts at Deutsche Bank noted a risk to Walgreens' fiscal 2024 outlook, as the Company had embedded in its guidance "a sharp increase in Healthcare segment profitability where we now have less confidence, and see other sources of potential earnings short falls."

89. On this news, the price of Walgreens common stock declined by another $0.83 per share, or nearly 3%, from a closing price of $30.63 per share on July 27, 2023, to a closing price of $29.80 per share on July 28, 2023, on high trading volume.

90. The truth continued to be revealed prior to the opening of the markets on September 1, 2023, when Walgreens issued a press release disclosing that the Board of Directors and CEO Brewer had mutually agreed that CEO Brewer would step down as CEO and as a member of the Board, effective August 31, 2023. The press release noted that Walgreens' Lead Independent Director, Ginger Graham ("Graham"), was appointed as Interim CEO, and that the Company "expects full-year 2023 adjusted EPS to be at or near the low end of its previously stated range."

91. Analysts at Deutsche Bank lambasted the Company following announcement of the CEO transition: "departure of the two key executives comes at possibly the worst time" as the Company was transitioning to a primary-care-based model. The analysts expressed concern that Walgreens "continues to lose momentum in the turnaround of both its Pharmacy segment and its

Health business as a result of the vacuum at the top of its leadership structure." Even more telling, the Deutsche Bank analysts noted that they "cannot recall a time in our coverage experience where we have seen both the CEO and the CFO depart a large-cap company in such a short span where there were not other issues at the company[.]"

92. As investors digested this disclosure, the price of Walgreens common stock dropped another $1.88 per share, or over 7%—falling from a closing price of $25.31 per share on August 31, 2023, to a closing price of $23.43 per share on September 1, 2023—on extraordinary trading volume.

93. In the days after the abrupt departure of CEO Brewer, an article from *Fortune* called the move "stunning" for Brewer, writing that "[h]er departure also raises questions about Walgreens's ability to pull off the ambitious pivot towards health care that Brewer had announced six months after becoming Walgreens CEO." The *Fortune* article pondered how much support Brewer's healthcare strategy had from Walgreens' Executive Chairman and largest shareholder, Stefano Pessina, as "Pessina envisioned a slower expansion into health care, one that was 'best achieved through partnerships and minority stakes,' and that he said that 'buying up companies outside of the core pharmacy industry unnecessarily exposed Walgreens to risk.'"

94. Similarly, an article on *Bloomberg* titled "Walgreens CEO Departs After Push Into Health Care Falls Flat," noted that Walgreens stock had lost half its value since Brewer took over in March 2021, as "Walgreens struggle[ed] to build [its] health care services business[.]" *Bloomberg* wrote that while the market believed Walgreens' strategy for transitioning into a health-care company made sense, "Brewer's downfall may have been failing to manage expectations of how some of the moves, like the investment in VillageMD, would likely impact company profits in the short term."

95.     On October 12, 2023, Walgreens issued a press release announcing its financial results for the fiscal year and fourth quarter of 2023, ended August 31, 2023.  The press release addressed the Company's appointment of Tim Wentworth to serve as CEO, replacing Interim CEO Graham.  Later that same day during the corresponding earnings conference call, President Driscoll noted that while Walgreens has "made progress on the build-out of our health care business, we are not satisfied with the near-term returns on our investments.  We will continue to grow in 2024, but with a renewed focus on more profitable growth."  As such, President Driscoll noted:

> We are taking **swift action to unlock the embedded profits at Village[MD] and already see the benefit of improved capital and expense management** with the addition of our new CFO at Village[MD], Rich Rubino.  VillageMD, Summit Health and CityMD will be the most meaningful drivers of growth in fiscal 2024.  It has taken us longer than anticipated to realize the cost synergies across the combined assets.  We also need to solve for a less efficient cost profile and excellence in execution.  We believe that we can best enhance VillageMD growth and value by focusing on increased density in our highest opportunity markets and expanding integration of our digital assets. . . .  With that, **we plan to exit approximately five markets and approximately 60 clinics in fiscal 2024**.

96.     During the same earnings call, President Driscoll further explained that as Walgreens "exits these nonstrategic markets, our long-term focus will be on achieving density in those regions with the greatest potential to drive future profitability growth and where we can best serve patients with our consolidated set of assets."  President Driscoll went on to emphasize that the "**VillageMD model works**, as evidenced by the consistent performance of reducing total cost of care and improving outcomes in our more mature markets."

97.     Later during the same earnings call, in response to an analyst question about the driving factor for closing 60 clinics and Walgreens' inability to drive volumes in those markets, President Driscoll explained:

*Every one of our clinics actually shows month-over-month growth*, but we don't see the growth coming fast enough in certain markets. And so we're going to pivot there and be very focused on where we can drive the most profitable growth. We're growing through the rightsizing of our footprint and some of the changes in our relationships, but our strategy going forward will be really focusing on markets where we see that momentum and scale and at a level that we want to see to drive the profits and the margin expectations that we want. So it's really more of a discipline around focusing on markets where we can go deep and continue to grow on a compounded serious way profitably.

98.     Analysts at Jefferies noted that the price of Walgreens common stock increased in response to these disclosures because "the introduction of a seasoned [healthcare] executive as CEO in Tim Wentworth & the cost conscious change of tone—including the identification of $1B in costcutting opportunities—were well received by investors." Analysts at Truist also reacted positively, writing that "VillageMD/Summit/CityMD are expected to be the key drivers of growth into '24 and we are encouraged by actions to improve profitability at VillageMD, including plans to exit ~5 markets and ~60 clinics in FY24 and focus on growth within high density markets."

99.     On January 4, 2024, before the markets opened, Walgreens issued a press release announcing its financial results for the fiscal first quarter of 2024, ended November 30, 2023. The press release noted that adjusted EPS decreased "decreased 43.1% to $0.66, down 43.7% on a constant currency basis reflecting challenging retail market trends in the U.S.[.]" In addition, the press release quoted the Company's new CEO Wentworth, who disclosed, "We are evaluating all strategic options to drive sustainable long-term shareholder value, focusing on swift actions to right-size costs and increase cashflow, with a balanced approach to capital allocation priorities."

100.    During the related earnings conference call held later that same day, Interim CFO Mahajan stated that Walgreens has been "making progress to accelerate profitability at VillageMD," noting that the Company "expect[s] U.S. Healthcare segment profitability will scale

over the balance of the year, mainly driven by benefits from optimizing the clinic footprint, growing patient panels and realigning cost at VillageMD[.]"

101.    Analysts at Jefferies explained that "the root cause of the significant earnings drag" in Walgreens' U.S. Healthcare segment was due to "operations in their co-located VillageMD/Walgreens centers", including "issues with physician & patient recruitment to these centers[.]"   Deutsche Bank analysts wrote that "Walgreens is yet to show . . . evidence of the turnaround at Village" and observed that CEO Wentworth "referred to the VillageMD business as an asset to be actively managed, as opposed to a core part of Walgreens go-forward strategy, which some investors might have found unsettling."   Analysts at CFRA also saw "challenges for [Walgreens] as it scales its U.S. Healthcare segment (e.g., VillageMD[])."

102.    On this news, the price of Walgreens common stock fell $1.31 per share, or more than 5%—from a closing price of $25.57 per share on January 3, 2024, to a closing price of $24.26 per share on January 4, 2024—on extraordinary trading volume.

103.    A few days later, during the JPMorgan Healthcare Conference held on January 8, 2024, CEO Wentworth assured the market that the Company "like[s] our investment in VillageMD. ***They're performing well this year and they are a fabulous partner for us*** to imagine and develop services that help them manage the risks that they're taking."   During the same conference, Interim CFO Mahajan discussed the progress Walgreens had made in recent months with VillageMD:

> So I think we're moving definitely in the right direction. VillageMD, we talked about as we came out in October and we said we want to really concentrate on accelerating the profitability within VillageMD.   And that team has taken that task.   And as working through it, we talked about we're going to exit roughly around 5 markets, 60 clinics.   I think we're halfway there at this point.

104.    During the same JPMorgan Healthcare Conference, CEO Wentworth added:

> And I do think the things they're working toward are not a result of mismanaging their risk or not being able to manage their risk.   In

fact, *in their core locations, they do a phenomenal job and we actually do a phenomenal job to help them*. Where they're at is just sort of pulling back a bit. It's an expansion, kind of rightsizing things to build back off of, but *their underlying risk management is very good*.

105. On February 8, 2024, Walgreens issued a press release announcing new executive leadership appointments. The press release reported that President Driscoll would be transitioning from his role as President of U.S. Healthcare to a senior advisory role working closely with CEO Wentworth. In addition, the press release announced that Manmohan Mahajan had been appointed as the permanent global CFO of Walgreens, noting that while serving as interim global CFO since July 2023, Mahajan "has played an integral role in leading WBA's growth and cost discipline efforts aimed at aligning the company's cost structure with business performance."

106. On March 28, 2024, prior to the opening of the markets, Walgreens issued a press release announcing its financial results for the fiscal second quarter of 2024, ended February 29, 2024. As set forth in the press release, the Company was "encouraged by our first quarter of U.S. Healthcare positive adjusted EBITDA and continued topline growth[.]"

107. During the accompanying earnings conference call held later that same day, CEO Wentworth announced that during the second quarter, Walgreens "recognized a $5.8 billion after-tax noncash goodwill impairment charge, net of noncontrolling interest, related to our investment in VillageMD." CFO Mahajan noted that the "impairment charge is due to the lower than previously expected longer-term financial performance expectations, challenged market multiples for VillageMD's peer group, which have continued to decline."

108. The above statements in paragraphs 80 through 107 were materially false and/or misleading and failed to disclose material adverse facts about the Company's business, operations, and prospects to make the statements made, in light of the circumstances under which they were made, not false and misleading. Specifically, Defendants failed to disclose that: (1) despite

repeated assurances, Walgreens was not disciplined about deploying capital to grow the U.S. Healthcare segment and did not know how to work with and scale the VillageMD model; (2) Walgreens was not able to profitably scale VillageMD to support the Company's long-term growth initiatives; (3) Walgreens' rollout of VillageMD clinics was not going according to plan; (4) Walgreens' U.S. Healthcare segment was experiencing slower growth than expected because Walgreens had oversaturated markets with VillageMD clinics, leading these newly created medical clinics to be understaffed and see fewer patients; (5) Walgreens executives had failed to manage investor expectations regarding the negative impact that the VillageMD expansion would have on Walgreens' short-term profits, overstatement of the value of VillageMD, and the risk that the Company would be forced to divest part or all of its stake in VillageMD; and (6) as a result of the above, Defendants' statements about Walgreens' business, operations, and prospects were materially false and misleading and/or lacked a reasonable basis at all relevant times.

## The Truth Is Fully Revealed

109. The truth was fully revealed before the markets opened on June 27, 2024, when Walgreens issued a press release announcing its financial results for the fiscal third quarter of 2024, ended May 31, 2024. The results were disappointing, coming in well below analysts' expectations and forcing the Company to lower its financial guidance for fiscal 2024. The press release included an update on the Company's strategic review, noting Walgreens was "[s]implifying and focusing [on] the U.S. Healthcare portfolio."

110. In an interview with *The Wall Street Journal*, CEO Wentworth elaborated on Walgreens' plans for VillageMD, sharing that the Company would reduce its stake in VillageMD, and will no longer be its majority owner. CEO Wentworth explained that Walgreens being a majority investor in primary-care and specialty-care providers "is a strategy that we are no longer

pursuing." As *The Wall Street Journal* reminded investors, the "divestment would mark a change in tack from the direction taken by Wentworth's predecessor, Rosalind Brewer, who had focused on re-creating Walgreens as a major provider of healthcare[,]" noting that Brewer had taken over from Pessina who "pushed partnerships with firms including VillageMD and is now an executive chairman."

111.    During the related earnings conference call held later that same day, CEO Wentworth stated that while the Company "believe[s] in the future of [VillageMD] and intend[s] to remain an investor and partner . . . as part of our persistent focus on value creation for [Walgreens], we are collaborating with leadership toward an endpoint to rapidly unlock liquidity, enhance optionality and position them for additional growth."

112.    As investors digested these disclosures, the price of Walgreens common stock dropped a stunning $3.47 per share, or more than 22%—falling from a closing price of $15.66 per share on June 26, 2024, to a closing price of $12.19 per share on June 27, 2024—on record trading volume.

**Post-Class Period Events**

113.    On August 7, 2024, Walgreens issued a press release providing an update on its "strategic and operational review towards simplifying and focusing its U.S. Healthcare portfolio." Specifically, Walgreens disclosed it was "evaluating a variety of options with respect to VillageMD in light of ongoing investments . . . in VillageMD's businesses and VillageMD's substantial ongoing and expected future case requirements. These options include a ***sale of all or part of the VillageMD businesses***, possible restructuring options and other strategic opportunities."

114.    The same August 7, 2024 press release noted that on August 2, 2024, Walgreens and VillageMD "acknowledged the existence of defaults under" a $2.25 billion senior secured loan

32

previously provided by the Company to VillageMD on January 3, 2023. The senior secured loan consisted of $1.75 billion in aggregate principal and a senior secured credit facility of $500 million. The press release explained that on August 6, 2024, Walgreens and VillageMD "entered into a forbearance agreement whereby the Company has agreed not to exercise remedies, . . . and the Company is actively engaged in discussions with VillageMD's stakeholders and other third parties with respect to the future of its investment in VillageMD."

115. Later that same day, *Reuters* reported on the Walgreens update, noting that the Company was "exploring options for VillageMD, including a sale, citing the primary-care provider's substantial cash needs." The *Reuters* article explained that "VillageMD, a core part of Walgreens' push to expand beyond its legacy pharmacy operations, has planned to close a substantial number of poorly performing clinics to cut costs." The *Reuters* article further explained that Walgreens had "entered into a forbearance agreement with VillageMD after the business defaulted on a $2.25 billion secured loan facility provided by Walgreens."

## CLASS ACTION ALLEGATIONS

116. Plaintiff brings this action as a class action pursuant to Rule 23(a) and (b)(3) of the Federal Rules of Civil Procedure on behalf of a class, consisting of all persons and entities that purchased Walgreens common stock between July 1, 2021 and June 26, 2024, inclusive, and who were damaged thereby (the "Class"). Excluded from the Class are Defendants, the officers, and directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors, or assigns, and any entity in which Defendants have or had a controlling interest.

117. The members of the Class are so numerous that joinder of all members is impracticable. While the exact number of Class members is unknown to Plaintiff at this time and can only be ascertained through appropriate discovery, Plaintiff believes that there are at least

hundreds or thousands of members in the proposed Class. Throughout the Class Period, Walgreens shares actively traded under the symbol "WBA." Millions of Walgreens shares were traded publicly during the Class Period on the NASDAQ. As of May 31, 2024, the Company had more than 863 million shares of common stock outstanding. Record owners and other members of the Class may be identified from records maintained by Walgreens or its transfer agent and may be notified of the pendency of this action by mail, using a form of notice similar to that customarily used in securities class actions.

118. Plaintiff's claims are typical of the claims of the other members of the Class as all members of the Class were similarly affected by Defendants' wrongful conduct in violation of federal law that is complained of herein.

119. Plaintiff will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation. Plaintiff has no interests that conflict with those of the Class.

120. Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among the questions of law and fact common to the Class are:

a) whether Defendants violated the Exchange Act by the acts and omissions as alleged herein;

b) whether Defendants knew or recklessly disregarded that their statements and/or omissions were false and misleading;

c) whether documents, press releases, and other statements disseminated to the investing public and the Company's shareholders misrepresented material facts about the business, operations, and prospects of Walgreens;

d)      whether statements made by Defendants to the investing public misrepresented and/or omitted to disclose material facts about the business, operations, and prospects of Walgreens;

e)      whether the market price of Walgreens shares during the Class Period was artificially inflated due to the material misrepresentations and failures to correct the material misrepresentations complained of herein; and

f)      the extent to which the members of the Class have sustained damages and the proper measure of damages.

121.    A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable.  Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation make it impossible for members of the Class to individually redress the wrongs done to them.  There will be no difficulty in the management of this suit as a class action.

**UNDISCLOSED ADVERSE INFORMATION**

122.    The market for Walgreens common stock was an open, well-developed, and efficient market at all relevant times.  As a result of the materially false and/or misleading statements and/or omissions particularized in this Complaint, Walgreens common stock traded at artificially inflated prices during the Class Period.  Plaintiff and the other members of the Class purchased Walgreens common stock relying upon the integrity of the market price of the Company's common stock and market information relating to Walgreens and have been damaged thereby.

123.    Defendants materially misled the investing public, thereby inflating the price of Walgreens common stock, by publicly issuing false and/or misleading statements and/or omitting to disclose material facts necessary to make Defendants' statements, as set forth herein, not false

and/or misleading. The statements and omissions were materially false and/or misleading because they failed to disclose material adverse information and/or misrepresented the truth about Walgreens' business, operations, and prospects as alleged herein. These material misstatements and/or omissions had the cause and effect of creating in the market an unrealistically positive assessment of the Company and its business, thus causing the Company's common stock to be overvalued and artificially inflated or maintained at all relevant times. Defendants' materially false and/or misleading statements directly or proximately caused or were a substantial contributing cause of the damages sustained by Plaintiff and other members of the Class who purchased the Company's common stock at artificially inflated prices and were harmed when the truth was revealed.

## **SCIENTER ALLEGATIONS**

124.    As alleged herein, Defendants acted with scienter in that Defendants knew or were reckless as to whether the public documents and statements issued or disseminated in the name of the Company were materially false and misleading; knew or were reckless as to whether such statements or documents would be issued or disseminated to the investing public, and knowingly and substantially participated or acquiesced in the issuance or dissemination of such statements or documents as primary violations of the federal securities laws.

125.    As set forth herein, the Individual Defendants, by virtue of their receipt of information reflecting the true facts regarding Walgreens, their control over, receipt, and/or modification of Walgreens' allegedly materially misleading statements and omissions, and/or their positions with the Company, which made them privy to confidential information concerning Walgreens, participated in the fraudulent scheme alleged herein.

## INAPPLICABILITY OF STATUTORY SAFE HARBOR

126.     As a result of their purchases of Walgreens common stock during the Class Period, Plaintiff and other members of the Class suffered economic loss, *i.e.*, damages, under the federal securities laws.

127.     In the alternative, to the extent that the statutory safe harbor is determined to apply to any forward-looking statements pleaded herein, Defendants are liable for those false forward-looking statements because at the time each of those forward-looking statements was made, the speaker had actual knowledge that the forward-looking statement was materially false or misleading, and/or the forward-looking statement was authorized or approved by an executive officer of Walgreens who knew that the statement was false when made.

## LOSS CAUSATION

128.     Defendants' wrongful conduct, as alleged herein, directly and proximately caused the economic loss, *i.e.*, damages, suffered by Plaintiff and the Class.

129.     First, before the markets opened on June 27, 2023, Walgreens announced its financial results for the fiscal third quarter of fiscal 2023, ended May 31, 2023, which came in below analysts' expectations, and included a substantial cut to fiscal 2023 guidance.  That same day, the price of Walgreens common stock fell $2.95 per share—falling from $31.59 per share on June 26, 2023 down to $28.64 per share on June 27, 2023—constituting a stock drop of over 10%.

130.     Then, after the close of markets on July 27, 2023, Walgreens announced that CFO Kehoe was leaving the Company.  The next trading day, the price of Walgreens common stock fell another $0.83 per share—falling from $30.63 per share on July 27, 2023 down to $29.80 per share on July 28, 2023—constituting a stock drop of nearly 3%.

131.     Then, before the markets opened on September 1, 2023, Walgreens announced that CEO Brewer was leaving the Company.  That same day, the price of Walgreens common stock fell

another $1.88 per share—falling from $25.31 per share on August 31, 2023 down to $23.43 per share on September 1, 2023—constituting a stock drop of over 7%.

132.    On January 4, 2024, before the markets opened, Walgreens issued a press release announcing weak earnings for the fiscal first quarter of 2024, ended November 30, 2023, and that the Company was "focusing on swift actions to right-size costs and increase cashflow, with a balanced approach to capital allocation priorities." On this news, the price of Walgreens common stock fell $1.31 per share, or over 5%, from a closing price of $25.57 per share on January 3, 2024, to a closing price of $24.26 per share on January 4, 2024.

133.    Finally, on June 27, 2024, Walgreens issued a press release announcing disappointing financial results for the fiscal third quarter of 2024, ended May 31, 2024. During the related earnings conference call held later that same day, CEO Wentworth stated that while the Company "believe[s] in the future of [VillageMD] and intend[s] to remain an investor and partner . . . as part of our persistent focus on value creation for [Walgreens], we are collaborating with leadership toward an endpoint to rapidly unlock liquidity, enhance optionality and position them for additional growth." On this news, the price of Walgreens common stock dropped $3.47 per share, or over 22%, falling from a closing price of $15.66 per share on June 26, 2024, to a closing price of $12.19 per share on June 27, 2024.

134.    As detailed herein, Defendants made materially false and misleading statements and omissions and engaged in a scheme to deceive the market. This artificially inflated the prices of Walgreens common stock and operated as a fraud or deceit on the Class. When Defendants' prior misrepresentations, information alleged to have been concealed, fraudulent conduct, and/or the effect thereof were disclosed to the market, the price of Walgreens' shares fell precipitously, as the prior artificial inflation came out of the price.

## APPLICABILITY OF PRESUMPTION OF RELIANCE
## (FRAUD-ON-THE-MARKET DOCTRINE)

135. The market for Walgreens common stock was open, well-developed, and efficient at all relevant times. As a result of the materially false and/or misleading statements and/or failures to disclose particularized in this Complaint, Walgreens common stock traded at artificially inflated and/or maintained prices during the Class Period. Plaintiff and other members of the Class purchased the Company's common stock relying upon the integrity of the market price of Walgreens shares and market information relating to Walgreens and have been damaged thereby.

136. At all times relevant, the market for Walgreens common stock was an efficient market for the following reasons, among others:

a) Walgreens common stock was listed and actively traded on the NASDAQ, a highly efficient and automated market;

b) As a regulated issuer, Walgreens filed periodic public reports with the SEC and/or the NASDAQ;

c) Walgreens regularly communicated with public investors via established market communication mechanisms, including through regular dissemination of press releases on the national circuits of major newswire services and through other wide-ranging public disclosures, such as communications with the financial press and other similar reporting services; and/or

d) Walgreens was followed by securities analysts employed by brokerage firms who wrote reports about the Company, and these reports were distributed to the sales force and certain customers of their respective brokerage firms. Each of these reports was publicly available and entered the public marketplace.

137. As a result of the foregoing, the market for Walgreens common stock promptly digested current information regarding Walgreens from all publicly available sources and reflected

such information in the price of Walgreens common stock. Under these circumstances, all purchasers of Walgreens common stock during the Class Period suffered similar injury through their purchase of common stock at artificially inflated prices, and a presumption of reliance applies.

138. A Class-wide presumption of reliance is also appropriate in this action under the Supreme Court's holding in *Affiliated Ute Citizens of Utah v. United States*, 406 U.S. 128 (1972), because the Class's claims are, in large part, grounded in Defendants' material misstatements and/or omissions. Because this action involves Defendants' failure to disclose material adverse information regarding the Company's business, operations, and prospects—information that Defendants were obligated to disclose but did not—positive proof of reliance is not a prerequisite to recovery. All that is necessary is that the facts withheld be material in the sense that a reasonable investor might have considered them important in the making of investment decisions. Given the importance of the Class Period material misstatements and omissions set forth above, that requirement is satisfied here.

## COUNTS AGAINST DEFENDANTS

## COUNT I

### For Violations of Section 10(b) of the Exchange Act and Rule 10b-5 Promulgated Thereunder Against All Defendants

139. Plaintiff repeats and realleges each and every allegation contained above as if fully set forth herein.

140. Defendants carried out a plan, scheme, and course of conduct that was intended to and, throughout the Class Period, did: (i) deceive the investing public, including Plaintiff and other Class members, as alleged herein; (ii) artificially inflate and maintain the market price of Walgreens common stock; and (iii) cause Plaintiff and other members of the Class to purchase

Walgreens common stock at artificially inflated prices. In furtherance of this unlawful scheme, plan, and course of conduct, Defendants, and each of them, took the actions set forth herein.

141. Defendants: (i) employed devices, schemes, and artifices to defraud; (ii) made untrue statements of material fact and/or omitted to state material facts necessary to make the statements not misleading; and (iii) engaged in acts, practices, and a course of conduct that operated as a fraud and deceit upon the purchasers of the Company's common stock in an effort to maintain artificially high market prices for Walgreens common stock in violation of Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder. All Defendants are sued either as primary participants in the wrongful and illegal conduct charged herein or as controlling persons as alleged below.

142. Defendants, individually and in concert, directly and indirectly, by the use, means, or instrumentalities of interstate commerce and/or the mails, engaged and participated in a continuous course of conduct to conceal adverse material information about Walgreens' business, operations, and prospects, as specified herein. Defendants employed devices, schemes, and artifices to defraud, while in possession of material adverse non-public information and engaged in acts, practices, and a course of conduct as alleged herein in an effort to assure investors of Walgreens' business, operations, and prospects, which included the making of, or the participation in the making of, untrue statements of material facts and/or omitting to state material facts necessary in order to make the statements made about Walgreens and its business, operations, and future prospects in light of the circumstances under which they were made, not misleading, as set forth more particularly herein, and engaged in transactions, practices, and a course of conduct of business that operated as a fraud and deceit upon the purchasers of the Company's common stock during the Class Period.

143. Each of the Individual Defendants' primary liability and controlling person liability, arises from the following facts: (i) each of the Individual Defendants was a high-level executive and/or director at the Company and a member of the Company's management team or had control thereof; (ii) each of the Individual Defendants, by virtue of their responsibilities and activities as a senior officer and/or director of the Company, was privy to and participated in the creation, development, and reporting of the Company's business, operations, and prospects; (iii) each of the Individual Defendants enjoyed significant personal contact and familiarity with the other Defendants and was advised of and had access to, other members of the Company's management team, internal reports, and other data and information about the Company's financial condition and performance at all relevant times; and (iv) each of the Individual Defendants was aware of the Company's dissemination of information to the investing public, which they knew and/or recklessly disregarded was materially false and misleading.

144. Defendants had actual knowledge of the misrepresentations and/or omissions of material facts set forth herein or acted with reckless disregard for the truth in that they failed to ascertain and to disclose such facts, even though such facts were available to them. Such Defendants' material misrepresentations and/or omissions were done knowingly or recklessly and for the purpose and effect of concealing Walgreens' operating condition, business practices, and prospects from the investing public and supporting the artificially inflated and/or maintained price of its common stock. As demonstrated by Defendants' misstatements of the Company's business, operations, and prospects, Defendants, if they did not have actual knowledge of the misrepresentations and/or omissions alleged, were reckless in failing to obtain such knowledge by deliberately refraining from taking those steps necessary to discover whether those statements were false or misleading.

145.    As a result of the dissemination of the materially false and/or misleading information and/or failure to disclose material facts, as set forth above, the market price of Walgreens common stock was artificially inflated, and relying directly or indirectly on the false and misleading statements made by Defendants or upon the integrity of the markets in which the common stock trades, and/or in the absence of material adverse information that was known or recklessly disregarded by Defendants, but not disclosed in public statements by Defendants, Plaintiff and the other members of the Class purchased Walgreens common stock during the Class Period at artificially inflated prices and were damaged thereby.

146.    At the time of said misrepresentations and omissions, Plaintiff and other members of the Class were ignorant of their falsity and believed them to be true.  Had Plaintiff and the other members of the Class and the marketplace known of the truth regarding the problems that Walgreens was experiencing, which were not disclosed by Defendants, Plaintiff and other members of the Class would not have purchased their Walgreens common stock, or, if they had purchased such Walgreens common stock during the Class Period, they would not have done so at the artificially inflated prices that they paid.

147.    By virtue of the foregoing, Defendants each violated § 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder.

148.    As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and the other members of the Class suffered damages in connection with their purchases of the Company's common stock during the Class Period.

## COUNT II

### For Violations of Section 20(a) of the Exchange Act
### Against All Individual Defendants

149.    Plaintiff repeats and re-alleges each and every allegation contained above as if fully set forth herein.

150.    The Individual Defendants acted as controlling persons of Walgreens within the meaning of Section 20(a) of the Exchange Act as alleged herein.  By virtue of their high-level positions with the Company, participation in, and/or awareness of the Company's operations, and intimate knowledge of the false statements filed by the Company with the SEC and disseminated to the investing public, the Individual Defendants had the power to influence and control and did influence and control, directly or indirectly, the decision-making of the Company, including the content and dissemination of the various statements that Plaintiff contends are false and misleading.  Each of the Individual Defendants was provided with or had unlimited access to copies of the Company's reports, press releases, public filings, and other statements alleged by Plaintiff to be misleading prior to and/or shortly after these statements were issued and had the ability to prevent the issuance of the statements or cause the statements to be corrected.

151.    In particular, the Individual Defendants had direct and supervisory involvement in the day-to-day operations of the Company and, therefore, had the power to control or influence the particular transactions giving rise to the securities violations as alleged herein, and exercised the same.

152.    As set forth above, Defendants each violated § 10(b) and Rule 10b-5 by their acts and omissions as alleged in this Complaint.  By virtue of their position as controlling persons, the Individual Defendants are liable pursuant to § 20(a) of the Exchange Act.  As a direct and proximate result of these Defendants' wrongful conduct, Plaintiff and other members of the Class

suffered damages in connection with their purchases of the Company's common stock during the Class Period.

## PRAYER FOR RELIEF

153.    WHEREFORE, Plaintiff, individually and on behalf of the Class, prays for relief and judgment as follows:

a)    Declaring this action to be a class action pursuant to Rules 23(a) and (b)(3) of the Federal Rules of Civil Procedure on behalf of the Class defined herein;

b)    Awarding Plaintiff and the other members of the Class damages in an amount that may be proven at trial, together with interest thereon;

c)    Awarding Plaintiff and the members of the Class pre-judgment and post-judgment interest, as well as their reasonable attorneys' and experts' witness fees and other costs; and

d)    Awarding such other and further relief as this Court deems appropriate.

## JURY DEMAND

154.    Plaintiff demands a trial by jury.

Dated: September 17, 2024                    Respectfully submitted,

                                             By: */s/ Carol V. Gilden*
                                             **COHEN MILSTEIN SELLERS & TOLL PLLC**
                                             Carol V. Gilden (Bar No. 6185530)
                                             190 South LaSalle Street
                                             Suite 1705
                                             Chicago, IL 60603
                                             Tel.: (312) 629-3737
                                             Fax: (312) 357-0369
                                             Email: cgilden@cohenmilstein.com

                                             *Liaison Counsel for Plaintiff Westchester Putnam
                                             Counties Heavy & Highway Laborers Local 60
                                             Benefits Fund*

                                             **SAXENA WHITE P.A.**
                                             Lester R. Hooker
                                             7777 Glades Road, Suite 300
                                             Boca Raton, FL 33434
                                             Tel.: (561) 394-3399
                                             Fax: (561) 394-3382
                                             Email: lhooker@saxenawhite.com

                                             -and-

                                             Rachel A. Avan (*pro hac vice* forthcoming)
                                             Marco A. Dueñas (*pro hac vice* forthcoming)
                                             10 Bank Street, Suite 882
                                             White Plains, NY 10606
                                             Tel.: (914) 437-8551
                                             Fax: (888) 631-3611
                                             Email: ravan@saxenawhite.com
                                                     mduenas@saxenawhite.com

                                             *Counsel for Plaintiff Westchester Putnam Counties
                                             Heavy & Highway Laborers Local 60 Benefits Fund*